IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN E. LIGHTFEATHER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ABBY OSBORN, Attorney; LINCOLN REGIONAL CENTER, DHHS Gov. Agency; LINCOLN POLICE DEPARTMENT, Law Enforcement; and BOWER FAMILY, Owner of "Me Too";<br><br>　　　　Defendants. | **8:21CV20**<br><br>**ORDER** |

　　This matter is before the court on its own motion. Plaintiff Austin E. Lightfeather filed with the court a Complaint for a Civil Case. (Filing 1.) Plaintiff has another pending civil case in this court—Case No. 4:20CV3118—in which the court ordered Plaintiff to file an amended complaint and sent him a form Pro Se 1, "Complaint in a Civil Case," to do so. (*See* Filing 43, Case No. 4:20CV3118.) Upon examination, the court believes Plaintiff's pleading is more properly construed as an amended complaint intended for filing in Case No. 4:20CV3118. Accordingly,

　　IT IS ORDERED that:

　　1.　　The clerk of the court is directed to close this case for statistical purposes.

　　2.　　The clerk of the court is directed to file Plaintiff's complaint (filing 1) as an amended complaint in case number 4:20CV3118.

Dated this 20th day of January, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge